## FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 14 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES HENRY LEWIS; et al., <br><br> Plaintiffs-Respondents, <br><br> v. <br><br> CORDIS CORPORATION, <br><br> Defendant-Petitioner. | No. 16-80149 <br><br> D.C. No. 3:16-cv-04819-EMC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: CANBY and MURGUIA, Circuit Judges.

On February 13, 2017, the court held this petition for permission in abeyance pending the resolution of appeal No. 17-15257 (formerly petition No. 16-80139), *Jerry Dunson, et al. v. Cordis Corporation*. The mandate has issued in that appeal, and this court's decision affirming the district court's remand order is final. *See Dunson v. Cordis Corp.*, 854 F.3d 551, 557 (9th Cir. 2017). Accordingly, the stay of proceedings in this petition is lifted.

Petitioner's motion to continue to hold this petition for permission to appeal in abeyance (Docket Entry No. 6) is denied.

The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is denied. *See Coleman v. Estes Express Lines, Inc.*, 627 F.3d 1096, 1100 (9th Cir. 2010).

TF/MOATT