# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

December 4, 2017

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Cordis Corporation
           v. Michael Barber, et al.
           No. 17-332
           (Your No. 16-80140; 16-80141; 16-80142; 16-80144; 16-80145; 16-80146; 16-80147; 16-80148; 16-80149; 16-80150; 16-80151; 16-80152; 16-80153)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Alito took no part in the consideration or decision of this petition.

Sincerely,

*[signature: Scott S. Harris]*

**Scott S. Harris**, Clerk